AMY L. THOMPSON, ESQ.
Nevada Bar No. 11907
MICHAEL D. DISSINGER, ESQ.
Nevada Bar No. 15208
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:    702.862.8800
Fax No.:        702.862.8811
athompson@littler.com
mdissinger@littler.com

Attorneys for Defendant
HILTON GRAND VACATIONS, LLC

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KLALEH J. PARKER, an individual, | Case No. 2:24-cv-02263-GMN-NJK |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| HILTON GRAND VACATIONS, LLC., a Florida Corporation authorized and licensed to conduct business in NV; DOES 1-10 and ROE ENTITIES 1-10, inclusive, | **[FIRST REQUEST]** |
| Defendant. | |

Plaintiff, KLALEH J. PARKER ("Plaintiff"), and Defendant, HILTON GRAND VACATIONS, LLC ("Defendant") (collectively the "Parties"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the Complaint from the current deadline of March 20, 2025, up to and including **Monday, April 21, 2025**.

The Parties agree the requested extension is reasonable and necessary because Defendant's counsel was recently retained, and the Parties are presently discussing the scope and handling of the matter. The additional time will allow the Parties to complete these discussions before engaging in motion practice, and is therefore warranted in the interest of potentially avoiding unnecessary fees and costs and in the interest of judicial efficiency.

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

| | |
|---|---|
| Dated: March 13, 2025 | Dated: March 13, 2025 |
| Respectfully submitted, | Respectfully submitted, |
| /s/ F. Travis Buchanan | /s/ Michael D. Dissinger |
| F. Travis Buchanan, Esq.<br>F. TRAVIS BUCHANAN, ESQ. & ASSOC., PLLC | Amy L. Thompson, Esq.<br>Michael D. Dissinger, Esq.<br>LITTLER MENDELSON, P.C. |
| *Attorneys for Plaintiff*<br>KLALEH J. PARKER | *Attorney for Defendant*<br>HILTON GRAND VACATIONS, LLC |

**IT IS SO ORDERED.**

Dated: March 14, 2025

_____
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON
P.C.
3960 HOWARD HUGHES
PARKWAY
SUITE 300
LAS VEGAS, NV
89169.5937
702.862.8800

2