**F. TRAVIS BUCHANAN, ESQ., & ASSOCIATES, PLLC**
F. Travis Buchanan, Esq.
Nevada Bar No. 9371
701 E. Bridger Ave., Suite 540
Las Vegas, Nevada 89101
Tel: (702) 331-5478
Fax: (702) 629-6919
Email: *Travis@Ftblawlv.com*
*Attorneys for Plaintiff KLALEH J. PARKER*

**THE LAW OFFICES OF ALVIN L. PITTMAN**
Alvin L. Pittman, Esq.
California Bar No. 127009, *Admitted Pro Hac*
5777 W. Century Blvd., Ste. 1685
Los Angeles, CA 90045-5678
Tel: (310) 337-3077
Fax: (310) 337-3080
Email: *Office@apittman-law.com*
*Attorneys for Plaintiff KLALEH J. PARKER*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KLALEH J. PARKER, an individual | CASE NO.: 2:24-cv-2263-GMN-NJK |
| Plaintiff, | |
| vs. | **STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION, AND RECIPROCAL EXTENSION OF TIME FOR DEFENDANT TO FILE REPLY.** |
| HILTON GRAND VACATIONS, LLC., a Florida Corporation authorized and licensed to conduct business in NV; DOES 1-10 and ROE ENTITIES 1-10, inclusive, | |
| Defendant. | |

PLAINTIFF KLALEH J. PARKER and DEFENDANT HILTON GRAND VACATIONS, LLC., through their respective counsel of record, hereby stipulate for an Extension of Time for Plaintiff to File Her Opposition to Defendant's Motion to Compel Arbitration [ECF No. 14] until May 27, 2025, due to Plaintiff's Counsels current engagement in separate litigation and binding alternative

1  dispute resolution proceedings. Also, Plaintiff's counsel F. Travis Buchanan, Esq., will be traveling for
2  a pre-planned legal conference in Boston between 5/1/2025 and 5/5/2025, with all of the instant
3  litigation and pre-planned travel dates falling within the time-period leading up to Plaintiff's initial due
4  date (5/5/2025) for her Opposition to Defendant's Motion to Compel Arbitration.

5      In light of the agreed to and stipulated extension for Plaintiff's Opposition until May 27, 2025,
6  the parties have also agreed and stipulated for a reciprocal amount of time for Defendant to file its
7  Reply to Plaintiff's Opposition up to and including June 17, 2025.
8

9      Therefore, Plaintiff shall have up to and including May 27, 2025 to file her Opposition to
10  Defendant's Motion to Compel Arbitration [ECF No. 14]/ Defendant shall have up to and including
11  June 17, 2025 to file its Reply to Plaintiff's Opposition.

12      This is the first request for an extension of the due date for the filing of Plaintiff's Opposition to
13  Defendant's Motion to Compel Arbitration and Defendant's Reply to Plaintiff's Opposition.
14  / / /
15  / / /
16  / / /
17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28

-2-
STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION, AND RECIPROCAL EXTENSION OF TIME FOR DEFENANT TO FILE REPLY.

The parties make this request in good faith and not to unduly delay the final disposition of this matter.

DATED this **30th** day of April, 2025.    DATED this **30th** day of April, 2025.

**F. TRAVIS BUCHANAN, ESQ., & ASSOCIATES, PLLC**    **LITTLER MENDELSON, P.C.**

___/s/ F. Travis Buchanan_____    ___/s/ Michael Dissinger_____
F. Travis Buchanan, Esq.    Amy L. Thompson, Esq.
NV Bar No. 9371    NV Bar No. 11907
701 E. Bridger Ave., Ste. 540    Michael D. Dissinger, Esq.
Las Vegas, NV 89101    NV Bar No. 15208
*Attorneys for Plaintiff KLALEH J. PARKER*    3960 Howard Hughes Parkway, Ste. 300
Las Vegas, NV 89169-5937
*Attorneys for Defendant HILTON GRAND VACATIONS, LLC*

**THE LAW OFFICES OF ALVIN L. PITTMAN**

_____/s/ Alvin L. Pittman_____
Alvin L. Pittman, Esq.
CA Bar No. 127009, *Admitted Pro Hac*
5777 W. Century Blvd., Ste. 1685
Los Angeles, CA 90045-5678
*Attorneys for Plaintiff KLALEH J. PARKER*

**IT IS SO ORDERED**

Dated: ___May 1, 2025_____

_____
UNITED STATES DISTRICT JUDGE