**F. TRAVIS BUCHANAN, ESQ., & ASSOCIATES, PLLC**
F. Travis Buchanan, Esq.
Nevada Bar No. 9371
701 E. Bridger Ave., Suite 540
Las Vegas, Nevada 89101
Tel: (702) 331-5478
Fax: (702) 629-6919
Email: *Travis@Ftblawlv.com*
*Attorneys for Plaintiff KLALEH J. PARKER*

**THE LAW OFFICES OF ALVIN L. PITTMAN**
Alvin L. Pittman, Esq.
California Bar No. 127009, *Admitted Pro Hac*
5777 W. Century Blvd., Ste. 1685
Los Angeles, CA 90045-5678
Tel: (310) 337-3077
Fax: (310) 337-3080
Email: *Office@apittman-law.com*
*Attorneys for Plaintiff KLALEH J. PARKER*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KLALEH J. PARKER, an individual<br><br>Plaintiff,<br><br>vs.<br><br>HILTON GRAND VACATIONS, LLC., a Florida Corporation authorized and licensed to conduct business in NV; DOES 1-10 and ROE ENTITIES 1-10, inclusive,<br><br>Defendant. | CASE NO.: 2:24-cv-2263-GMN-NJK<br><br>**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION, AND RECIPRICAL EXTENSION OF TIME FOR DEFENDANT TO FILE REPLY [Second Request].** |

PLAINTIFF KLALEH J. PARKER and DEFENDANT HILTON GRAND VACATIONS, LLC., through their respective counsel of record, hereby stipulate for a Second Extension of Time for Plaintiff to File Her Opposition to Defendant's Motion to Compel Arbitration (two-weeks) until June 11, 2025, to allow Plaintiff's counsel more time to procure a declaration in support of their Opposition

from Plaintiff's retained expert Dr. Roy Fenoff, PhD of Fenoff Consulting, LLC, regarding his assessment of information reviewed, and provided in Defendant's Motion to Compel Arbitration.

In light of the agreed to and stipulated extension for Plaintiff's Opposition until June 11, 2025, the parties have also agreed and stipulated for a reciprocal amount of time (two-weeks) for Defendant's counsel to file Defendant's Reply to Plaintiff's Opposition until July 2, 2025.

This is the second request for a courtesy extension of the due date for the filing of Plaintiff's Opposition to Defendant's Motion to Compel Arbitration. The parties make this request in good faith and not to unduly delay the final disposition of this matter.

/ / /

/ / /

/ / /

DATED this **27th** day of May, 2025.   DATED this **27th** day of May, 2025.

**F. TRAVIS BUCHANAN, ESQ., & ASSOCIATES, PLLC**   **LITTLER MENDELSON, P.C.**

   /s/ F. Travis Buchanan     /s/ Michael D. Dissinger
F. Travis Buchanan, Esq.   Amy L. Thompson, Esq.
NV Bar No. 9371   NV Bar No. 11907
701 E. Bridger Ave., Ste. 540   Michael D. Dissinger, Esq.
Las Vegas, NV 89101   NV Bar No. 15208
*Attorneys for Plaintiff KLALEH J. PARKER*   8474 Rozita Lee
   Las Vegas, NV 89113
   *Attorneys for Defendant HILTON GRAND VACATIONS, LLC*

/ / /

/ / /

/ / /

/ / /

**THE LAW OFFICES OF ALVIN L. PITTMAN**

_____/s/ Alvin L. Pittman_____
Alvin L. Pittman, Esq.
CA Bar No. 127009, *Admitted Pro Hac*
5777 W. Century Blvd., Ste. 1685
Los Angeles, CA 90045-5678
*Attorneys for Plaintiff KLALEH J. PARKER*

**IT IS SO ORDERED**

Dated: ___May 28, 2025_____

_____
UNITED STATES DISTRICT JUDGE

---

-3-
STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION, AND RECIPROCAL EXTENSION OF TIME FOR DEFENANT TO FILE REPLY
(Second Request).