# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KLALEH J. PARKER,

    Plaintiff,

v.

HILTON GRAND VACATIONS
COMPANY LLC,

    Defendant.

Case No. 2:24-cv-02263-GMN-NJK

**Order**

[Docket No. 28]

Pending before the Court is the parties' stipulation to extend time to file a joint discovery plan and scheduling order or, alternatively, a stipulation to extend the current stay of discovery by 21 days. Docket No. 28.

For good cause shown, the Court **GRANTS** the parties' stipulation as to the request to extend time to file a joint discovery plan and **RESETS** the deadline for the parties to file a joint discovery plan to May 4, 2026. Docket No. 28.

IT IS SO ORDERED.

Dated: April 14, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1